**Reinstated; Order filed February 5, 2015.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-14-00832-CR

———————

**THADDEUS RICHARDSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 230th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1415559**

## ORDER

Appellant is represented by appointed counsel, Ellis C. McCullough. On December 29, 2014, time to file appellant's brief expired without a brief and no motion for extension of time was filed. *See* Tex. R. App. P. 38.6(a). Counsel and the trial court were notified on January 6, 2015, that no brief had been received. No response from appellant was received.

Accordingly, on January 29, 2015, pursuant to Tex. R. App. P. 38.8(b), the court abated the appeal and directed the trial court to conduct a hearing to

determine the reason for the failure to file a brief. On February 2, 2015, appellant's counsel filed a motion for extension of time to file the brief.

We **ORDER** the appeal **REINSTATED.** The requirement for a hearing in accordance with Rule 38.8 is **WITHDRAWN.** We **GRANT** counsel's motion for extension to file appellant's brief and order appellant's brief due **March 6, 2015. No further extensions will be granted absent exceptional circumstances.**

PER CURIAM